UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH BERRY<br><br>Defendant | Criminal No. 26cr10253<br><br>Violation:<br><br><u>Count One</u>: Attempted Sex Trafficking of a Child (18 U.S.C. §§ 1591(a)(1), (b)(2), and 1594(a))<br><br><u>Forfeiture Allegation</u>: (18 U.S.C. § 1594(d) and 28 U.S.C. § 2461) |

# INDICTMENT

## COUNT ONE
Attempted Sex Trafficking of a Child
(18 U.S.C. § 1591(a)(1), (b)(2) and 1594(a))

The Grand Jury charges:

On or about June 12, 2026, in the District of Massachusetts, the defendant,

KENNETH BERRY,

did knowingly, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that Jane Doe had not attained the age of 18 years, attempt to entice, obtain, patronize, and solicit by any means Jane Doe, knowing that Jane Doe would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(l), (b)(2), and 1594(a).

<u>SEX TRAFFICKING FORFEITURE ALLEGATION</u>
(18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1591, set forth in Count One, the defendant,

KENNETH BERRY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), and Title 28, United States Code, Section 2461(c), the defendant's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such offense, and any property traceable to such property; and (2) any property, real or personal, which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly, as a result of such offense, and any property traceable to such property.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 1591(d), and Title 28, United States Code, Section 2461(c).

[redacted]

FOREPERSON

BRAD A. ROCHEVILLE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September 16th, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, 12:58pm

DEPUTY CLERK