UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

KENNETH BERRY

Defendant

Criminal No. 1:26-cr-10253-JEK

GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND FILE INDICTMENT

The United States of America respectfully moves this Court to unseal the Indictment and case in the above-captioned matter. The defendant is now in custody, and there is no further reason to keep the case sealed or the Indictment secret. The government requests that the Court file the attached Indictment.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Brad A. Rocheville*
Brad A. Rocheville
Assistant United States Attorney

Dated: September 23, 2026